**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-7412**

BRANDON ROBERTS,

        Plaintiff – Appellant,

    v.

CHRISTOPHER MCKENZIE, CO II; MICHAEL J. STOUFFER,
Commissioner; JOHN ROWLEY, Former Warden; JUSTIN ADAM, CO
II; BRADLEY WILT, Lieutenant; THOMAS DORCUN, CO II,

        Defendants – Appellees,

    and

JOHN DOE 1; JOHN DOE 2, CO II,

        Defendants.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Deborah K. Chasanow, Senior District
Judge.  (8:12-cv-02474-DKC)

Submitted:  February 27, 2015      Decided:  March 11, 2015

Before DUNCAN, KEENAN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Brandon Roberts, Appellant Pro Se. Dorianne Avery Meloy, OFFICE
OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brandon Roberts appeals the district court's order denying his Fed. R. Civ. P. 60(b) motion for relief from the district court's judgment dismissing his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Roberts v. McKenzie, No. 8:12-cv-02474-DKC (D. Md. Aug. 18, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

3